UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ENDANG WIDURI TIMOSCHUK, Individually, as the Surviving Spouse and Representative of THE ESTATE OF JEFFORY ALAN TIMOSCHUK, Deceased, and on Behalf of Infant, A.R.T., <br><br>               Plaintiffs,<br><br>  - against -<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC d/b/a FREIGHTLINER LLC, SCHNEIDER NATIONAL LEASING, INC., VOGES DRILLING, CO. and ANDREW MORGAN WEATHERS,<br><br>               Defendants. | Docket No. SA12CA0816XR<br><br>**PLAINTIFF'S NOTICE OF DE-DESIGNATION OF EXPERT WITNESS** |

TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE** that Plaintiff, Endang Widuri Timoschuk, by her undersigned attorneys, Rheingold, Valet, Rheingold, McCartney & Giuffra LLP, hereby de-designates **Scott L. Turner** as an expert witness in the above captioned matter.

Dated:    New York, New York
            January 27, 2014

                                                        _/s/ Terrence E. McCartney_
                                                        Terrence E. McCartney (TM9831)
                                                        Rheingold, Valet, Rheingold,
                                                        Attorneys for Plaintiff
                                                         McCartney & Giuffra LLP
                                                        113 East 37th Street
                                                         New York, NY 10016
                                                         (212)684-1880

TO: Richard Grafton
*Attorneys for Defendant Freightliner LLC*
Germer Gertz Beaman & Brown LLP
301 Congress Avenue
Suite 1700
Austin, Texas 78701