UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ENDANG WIDURI TIMOSCHUK, Individually, as the Surviving Spouse and Representative of THE ESTATE OF JEFFORY ALAN TIMOSCHUK, Deceased, and on Behalf of Infant, A.R.T., <br><br>                Plaintiffs,<br><br>- against -<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC d/b/a FREIGHTLINER LLC, SCHNEIDER NATIONAL LEASING, INC., VOGES DRILLING, CO. and ANDREW MORGAN WEATHERS,<br><br>                Defendants. | Docket No. SA12CA0816XR<br><br>**PLAINTIFFS' EXPERT**<br>**WITNESS DISCLOSURE** |

Plaintiff, Endang Widuri Timoschuk, her undersigned attorneys, Rheingold, Valet, Rheingold, McCartney & Giuffra LLP, hereby provides their expert witness disclosure pursuant to Rule 26(2) of the Federal Rules of Civil Procedure:

    1.   Keith Fairchild, Ph.D., EcoFin, Inc., 2610 Friar Tuck Road, San Antonio, Texas 78209. Mr. Fairchild's curriculum vitae is annexed hereto as **Exhibit "1"**.

Dated:    New York, New York
                January 28, 2014

                                                             _____
                                                             Scott D. Kagan (SK0999)
                                                             Rheingold, Valet, Rheingold,
                                                             McCartney & Giuffra LLP
                                                             113 East 37th Street
                                                              New York, NY 10016
                                                              (212)684-1880

TO: Richard Grafton
*Attorneys for Defendant Freightliner LLC*
Germer Gertz Beaman & Brown LLP
301 Congress Avenue
Suite 1700
Austin, Texas 78701

Larry J. Goldman
*Attorneys for Voges Drilling and Andrew Weathers*
Goldman Phipps, PLLC
One International Centre
100 NE Loop 410, Suite 1500
San Antonio, Texas 78216

Lynn S. Castagna
*Attorneys for Schneider Leasing*
Castagna Scott LLP
3660 Stoneridge Road
Suite B-102
Austin, Texas 78746

CERTIFICATE OF SERVICE

    I hereby certify that, on the 29th day of January, 2014, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court Western District of Texas, using the electronic case files system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

Thomas D. Jones
Law Offices of Thomas D. Jones, PC
3510 North St Mary's Street
Suite 103
San Antonio, Texas 78212

Lynn S. Castagna
Castagna Scott LLP
3660 Stoneridge Rd.
Suite B-102
Austin, TX 78746

Larry J. Goldman
Goldman Phipps, PLLC
One International Centre
100 NE Loop 410, Suite 1500
San Antonio, TX 78216

Richard Grafton
Germer Gertz Beaman & Brown, LLP
301 Congress Avenue, Suite 1700
Austin, Texas 78701

_____
Scott D. Kagan