June 1, 2009

# KEITH WM. FAIRCHILD

**OFFICE ADDRESS**

EcoFin, Inc.
2610 Friar Tuck Road
San Antonio, TX  78209

**CONTACT**

EcoFinInc.com
Phone: 210-832-8200
Toll-Free: 866-432-6316
Fax: 210-832-8222
keith@kfairchild.com

**EMPLOYMENT**

**Academic**

| | |
|---|---|
| September 1981 - Present | Associate Professor of Finance, Director of the MBA Programs<br>Department Chair (2001 – 2007)<br>The University of Texas at San Antonio |
| May 1979 - May 1984 | Adjunct Professor of Finance, St. Edward's University |
| September 1976 - July 1982 | Assistant Instructor of Finance, The University of Texas at Austin |

Undergraduate-, graduate- and Executive MBA-level courses in Financial Management; Small Business/Entrepreneurial Finance; Corporate Valuation; Financial Statement Analysis; International Finance; Cases in Financial Management; Investment Analysis and Portfolio Management; Money and Banking; Financial Planning and Policy; Integrative Finance; Principles of Real Estate; Computer Modeling of Financial Applications

**Business**

January 1977 - Present    Financial Consultant, self-employed

Expert witness testimony:  valuation of domestic and foreign privately-held businesses;  personal injury;  valuation of lost income;  commercial damages;  portfolio analysis;  estate tax audit valuation;  subordinated security valuation

Investment analysis:  venture capital investments;  mergers and acquisitions;  real estate development and investment;  fixed income securities;  international sales distribution;  product manufacturing facilities

Financial restructuring and compensation:  debt/equity swap;  merger stock swaps;  convertible preferred stock terms;  Incentive Stock Option Program;  warrant compensation

Financial software development:  analysis of real estate development and

**KEITH WM. FAIRCHILD**

|  |  |
|---|---|
|  | investment; loans; venture capital investment; financial forecasting and budgeting; business valuation; personal injury valuation; life care plan valuation |
| July 1994 - August 1997 | <u>Chief Financial Officer</u>, Interra Aluminum, Inc. (San Antonio, Texas) |
|  | Managed cash flows and bookkeeping operations |
| January 1977 - April 1980 | <u>Accountant</u> for local law firms, Austin, Texas |
|  | Managed bookkeeping operations and tax reporting |

## **EDUCATION**

| | |
|---|---|
| August 1976 - May 1986 | Graduate School, The University of Texas at Austin |
|  | Ph.D. in Finance; Fields of Concentration: Corporate Finance and Investment Theory; Accounting Theory; Quantitative Analysis and Modeling |
| January 1975 - August 1976 | Graduate School of Business, The University of Texas at Austin |
|  | M.B.A. core courses required as prerequisite for admittance to Ph.D. program |
| August 1970 - May 1974 | College of Natural Sciences, The University of Texas at Austin |
|  | B.A. with Honors, majoring in molecular genetics and biochemistry; Dean's Lists |

## **MEMBERSHIPS AND AWARDS**

Beta Gamma Sigma - National Business Honor Society (1984)

Omicron Delta Epsilon - International Economics Honor Society (1983)

Phi Beta Kappa - National Arts and Sciences Honor Society (1975)

UTSA College of Business Advisory Council *Patrick J. Clynes Service Award 1999-2000*

*Outstanding Overall Professor Award*, UTSA MBA Association (2008)

**KEITH WM. FAIRCHILD**

*Certificate of Appreciation in Electives Curriculum*, UTSA MBA Association (Fall 2003)

*Top Graduate Professor Electives Curriculum Award*, UTSA MBA Association (2002)

Fred Moore Award for Excellence in Teaching (1979)

Teaching Excellence Award, College of Business Administration Student Body Council (UT-Austin, 1978 and 1981)

Recognition for Outstanding Achievement in the Field of Education, Alpha Kappa Psi (1978)

Outstanding Young Men of America (1985)

Who's Who Among America's Teachers (1996, 2004, 2005 and 2006)

Who's Who Worldwide (1993/1994)

Financial Management Association

**KEITH WM. FAIRCHILD**

## BUSINESS EXPERIENCE

### Business Valuations

Approximately 100 business valuations for purposes of mergers and acquisitions, ESOPs, capital investment, estate planning and commercial damages, including those engaged in the following industries:

> Manufacturing - Aerospace, semiconductors, textiles, medical and industrial equipment, plastics, electrical equipment, ice cream
> Wholesale - Office equipment and supplies, gasoline, foods, gifts and novelties, security systems
> Retail - Convenience stores, jewelry, restaurants/nightclubs, mail order, automotive, manufactured housing, ornamental metals, equipment leasing
> Services - Professional practices, trucking/transportation, laundry/dry cleaning, air conditioning/heating, home health care, construction, daycare, car/truck washes, computer equipment/consulting, oil and gas directional drilling

### Real Estate

> Valuation of and financing arrangements for: hotels; apartment complexes; commercial buildings; shopping malls; strip centers; raw land for development in master-planned, mixed-use communities; and dormitories in Texas, Colorado, Utah, California, Oregon and México.

### Venture Capital

> Investment analysis and financial planning for: aerospace manufacturers; semiconductor equipment manufacturing; precision instruments; plastics products; paperboard products; medical equipment; personal computers; computer security systems; metals reclamation; agricultural and extractive industries; styling salon; and farm equipment.

### Other

> Pricing of secured, unsecured, senior, subordinated and convertible debt; straight and convertible preferred stock; tax loss credits; accounts receivable; executive stock options; warrants; letter stock; limited partnership interests; health and pension benefits; structured settlements; debt/equity restructurings; utility divisional cost of capital.
>
> Expert witness in assessments of personal injury (approximately 30% defense and 70% plaintiff); wrongful death; wrongful termination; sexual harassment; commercial damages; business valuations; losses due to fraud; portfolio management.