UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ENDANG WIDURI TIMOSCHUK, Individually, as the Surviving Spouse and Representative of THE ESTATE OF JEFFORY ALAN TIMOSCHUK, Deceased, and on Behalf of Infant, A.R.T., <br><br>            Plaintiffs, <br><br>   - against - <br><br>DAIMLER TRUCKS NORTH AMERICA, LLC d/b/a FREIGHTLINER LLC, SCHNEIDER NATIONAL LEASING, INC., VOGES DRILLING, CO. and ANDREW MORGAN WEATHERS, <br><br>            Defendants. | Docket No. SA12CA0816XR |

### ORDER

ON THIS DAY came on to be considered Plaintiff ENDANG WIDURI TIMOSCHUK, individually, as the surviving spouse and representative of THE ESTATE OF JEFFORY ALAN TIMOSCHUK Deceased, and on behalf of Infant A.R.T.'s Motion for Leave to Late Designate Experts. After considering said Motion, and the arguments and evidence submitted by the Parties, if any, the Court is of the opinion that the Motion should be, in all things, GRANTED, and it is hereby:

**ORDERED** that Plaintiff ENDANG WIDURI TIMOSCHUK, individually, as the surviving spouse and representative of THE ESTATE OF JEFFORY ALAN TIMOSCHUK Deceased, and on behalf of

1

Infant A.R.T.'s Motion for Leave to Late Designate Experts is GRANTED;


Dated:_____


_____
Judge Presiding